IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05 - CV - 01833 - OES

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

MO SANJIB SIKDER,

    Applicant,

v.

ATTORNEY GENERAL ALBERTO GONZALES, 950 Peensylvania [sic] Ave, NW, Washington, D.C., 20530, 202 514 2001,

    Respondent.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted two Notices of Appeal. He also has submitted sixteen other documents titled as (1) "Appendix of the Exhibit E-1 (Relating Records(Affidavits) for the Motions (1) Stay of Deportations and others," (2) "Allegation of Jurisdiction," (3) "Motion for Time to Extend the Filing of the Appeal. . . ," (4) "Motion for Expenses. . . ," (5) "Motion for Stay of Removal. . . ," (6) "Litigated Issues: For Agency Orders," (7) "Lists of the Exhibits and All of the Materials Sent to the United States Department of Justice Executive Office for the Immigration Review," (8) "Entry of Appearance Pro Se," (9) "Certificate of Service," (10) "Declaration Under Penalty of Perjury," (11) "Certificate of Interested Parties," (12) "Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis," (13) "Pro Se Docketing Statement,"

(14) "Docketing Statement," (15) "Certificate," and (16) "Consent to Jurisdiction by a United States Magistrate Judge."

Upon review of the documents Mr. Mo Sanjib Sikder has submitted, the Court finds that he is attempting to challenge the constitutionality of his deportation proceedings. The Court, therefore, will construe the action as filed pursuant to 28 U.S.C. § 2241. Notwithstanding the deficiencies as listed below, the clerk of the court will be directed to commence a civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) _X_ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

>ORDERED that the clerk of the court commence a civil action in this matter. It is

>FURTHER ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which Applicant files in response to this order must include the civil action number on this order. It is

>FURTHER ORDERED that the clerk of the court mail to Applicant, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

>FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and the action will be dismissed without further notice. The dismissal shall be without prejudice.

>DATED at Denver, Colorado, this 21 day of September, 2005.

>BY THE COURT:

>O. EDWARD SCHLATTER
>United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **05 - CV - 01833**-OES

Mo Sanjib Sikder
Reg. No. H0063-C
GEO/ICE Processing Center
11901 East 30th Ave.
Aurora, CO 80010

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on  9·21·05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk