IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01833-OES

MO SANJIB SIKDER,

    Applicant,

v.

ATTORNEY GENERAL ALBERTO GONZALES,

    Respondent.

---

## ORDER DENYING MOTIONS AND DRAWING THE CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

    This matter is before the Court on Applicant's "Motion for Expenses . . ." and for his "Motion for Time to Extend . . . ." Both of the Motions will be denied. For the most part, the substance of each Motion is simply a redundant statement of Applicant's claims. Furthermore, to the extent Applicant requests an extension of time or compensation for expenses, the Court finds no basis for granting an extension to file an appeal or for compensating Applicant for any expenses he has incurred.

    The Court also will direct Applicant to refrain from filing any additional documents that simply are restatement of his claims. Accordingly, it is

    ORDERED that Applicant's "Motion for Expenses . . . ," filed September 21, 2005, and his "Motion for Time to Extend . . . ," also filed September 21, 2005, are DENIED. It is

FURTHER ORDERED that Applicant shall refrain from filing any additional documents that simply are restatements of his claims. It is

FURTHER ORDERED that the Application and the pending four Motions regarding a stay of deportation shall be drawn to a district judge and a magistrate judge.

DATED at Denver, Colorado, this 1 day of November, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01833-OES

Mo Sanjib Sikder
Reg. No. H0063-C
GEO/ICE Processing Center
11901 East 30th Ave.
Aurora, CO 80010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  11-1-05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk