IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01833-WYD-MJW

MO SANJIB SIKDER,

    Applicant,

v.

ATTORNEY GENERAL ALBERTO GONZALES,

    Respondent.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Petitioner's Motion to File a Reply Motion in Regards to the Defendant's Response/Answer to Petitioner's Objections (filed April 17, 2006) is **GRANTED**, and the reply brief is accepted for filing.

    Dated:  April 17, 2006

                                      s\ Sharon Shahidi
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U.S. District Court