IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01833-WYD-MJW

MO SANJIB SIKDER,

    Applicant,

v.

ATTORNEY GENERAL ALBERTO GONZALES,

    Respondent.

## ORDER

This matter is before the Court in connection with two motions filed by Petitioner: (1) a motion for a change of venue (docket # 108) and (2) a petition for "review" (docket # 109).  These motions were filed the same day Petitioner filed a Notice of Appeal of the Court's Judgment that dismissed the case for lack of jurisdiction.  This matter is now before the Tenth Circuit on appeal, and this Court has no jurisdiction to rule on Petitioner's motions.  Accordingly, it is

ORDERED that the motion for a change of venue and the petition for "review" filed June 14, 2006, are **DENIED WITHOUT PREJUDICE**.

Dated:  October 3, 2006

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge